**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr290-MHT** |
| | ) | **(WO)** |
| **TIMOTHY MARRELL GILBERT** | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED**
**CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Timothy Marrell Gilbert to receive individual psychotherapy using Cognitive Behavioral Therapy to address his diagnosed mental disorders in accordance with the recommendations of Dr. Megan Chesin in her evaluation (Doc. 41-4).  This form of therapy shall include cognitive and behavioral skills training toward reducing anger and aggressive

behavior (e.g., training in reframing or responding to thoughts about being treated unfairly or violated or trespassed upon); relaxation and other emotion-regulation skills training; and relapse prevention planning.  It is recommended that defendant Gilbert's partner attend treatment with him so she can support him.

(2) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Gilbert to receive a thorough psychiatric evaluation to determine whether he would benefit from psychotropic medication for his diagnosed mental-health conditions, as recommended by Dr. Chesin, and shall arrange for defendant Gilbert to receive any recommended treatment.

(3) Within 63 days of the commencement of supervised release, the United States Probation Office shall ensure that defendant Gilbert begins

2

participating in a substance-abuse program approved by the probation department, which may include testing to determine whether he has reverted to the use of drugs. The treatment program shall be in accordance with the recommendations of Dr. Chesin's evaluation (Doc. 41-4), including using a harm-reduction therapy approach to increase the likelihood of defendant Gilbert's remaining in remission after incarceration.

(4) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Gilbert is faring on supervision.

(5) The United States Probation Office shall ensure that, prior to beginning treatment or assessment, any professional treating or assessing defendant Gilbert receives a copy of the psychological evaluation

3

conducted by Dr. Chesin (Doc. 41-4) and the presentence investigation report (Doc. 52).

DONE, this the 10th day of April, 2025.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**